Kimber EDWARDS, Appellant,

v.

Kimberly E. CANTRELL, Respondent.

No. ED 76272.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 14, 2000.

Mark D. Hirschfeld, Clayton, MO, for appellant.

Jeremiah L. Phelan, St. Louis, MO, for respondent.

Before MOONEY, P.J., SIMON and Sullivan, JJ.

## ORDER

PER CURIAM.

Kimber Edwards appeals the trial court's judgment denying his Motion to Modify and Motion for Contempt. We find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm pursuant to Rule 84.16(b).

In re the Interest of R.V.F. and T.D.C., Minor Children/Respondents,

v.

O.T., Mother/Appellant.

No. ED 77489.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 14, 2000.

Deborah C. Moron Henry, Clayton, for appellant.

Cynthia Lynn Harcourt–Hearring, Juvenile Officer, Margaret T. Donnelly, Guardian Ad Litem, Clayton, for respondents.

Before MOONEY, P.J., SIMON, J., and SULLIVAN, J.

## *ORDER*

PER CURIAM.

O.T. (Mother) appeals the trial court's denial of her motion to set aside the judgment terminating Mother's parental rights. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not against the weight of the evidence. *In the Interest of M.R. and E.R.*, 894 S.W.2d 193, 195 (Mo.App. E.D.1995); *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo.banc 1976). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).